**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 00-4222**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BRAD LOUIS BROOKER,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. Frank W. Bullock, Jr., District Judge. (CR-99-228)

Submitted: December 8, 2000          Decided: December 27, 2000

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Locke T. Clifford, CLIFFORD, CLENDENIN, O'HALE & JONES, L.L.P., Greensboro, North Carolina, for Appellant. Walter C. Holton, Jr., United States Attorney, Paul A. Weinman, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Brad Louis Brooker appeals from his convictions for bank robbery, bank robbery with a dangerous weapon, and using and carrying a firearm during a bank robbery. He asserts on appeal that the district court erred in failing to provide the jury, upon their request, with a definition of "reasonable doubt." He also asserts that the district court misunderstood its authority to provide a further definition. We have carefully considered these issues and have reviewed the briefs and joint appendix in this case, and we affirm on the reasoning of United States v. Reives, 15 F.3d 42 (4th Cir. 1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2